

# CHRIS DANIEL

## HARRIS COUNTY DISTRICT CLERK

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
3/23/2015 2:35:02 PM
CHRISTOPHER A. PRINE
Clerk

March 18, 2015

HONORABLE MICHAEL MCSPADDEN
209TH DISTRICT COURT
HARRIS COUNTY, TEXAS
HOUSTON, TEXAS

Defendant's Name: ESTEBAN SANCHEZ

Cause No: 1436325

Court: 209TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 03/09/2015
**Sentence Imposed Date:** 02/12/2015
**Court of Appeals Assignment:** Fourteenth Court of Appeals
**Appeal Attorney of Record:** TO BE DETERMINED

Sincerely,

/s/ N. Salinas
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

This is your notice to inform any and all substitute reporters in this cause

1201 Franklin  P O Box 4651  Houston, Texas  77210-4651

**16**

CAUSE NO 14 3632501010

THE STATE OF TEXAS

vs

*Esteban Sanchez*

X
X
X
X
X

IN THE 209 TH

JUDICIAL DISTRICT COURT OF
*Harris* COUNTY, TEXAS

NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT

COMES NOW, *Esteban Sanchez*, Defendant in the above styled and numbered cause and, pursuant to rule 40(b) of the Texas Rules of Appellate Procedure, files this Notice of Appeal within the required thirty (30) days time period following the day of sentence (or suspension in open Court, or the day that an appealable order is signed), to the Texas Court of Criminal Appeals

******IF THE DEFENDANT HAS PLED GUILTY OR NOLO CONTENDERE IN THIS CASE, THEN HE/SHE MUST STATE AND PROVE THAT HE/SHE HAS BEEN GRANTED PERMISSION TO APPEAL THE CASE BY THE TRIAL COURT*****

EXAMPLE. The Defendant has been granted permission to appeal this case by the Trial Court through the Honorable Judge _____ on the _____ day of _____, 20 ___ .

******OR DEFENDANT MUST STATE THAT "THOSE MATTERS WERE RAISED BY WRITTEN MOTION BY THE DEFENDANT AND WERE RULED UPON BEFORE THE TRIAL."****

******TWO COPIES OF THIS MOTION MUST BE SENT TO THE COURT******

RESPECTFULLY SUBMITTED,

*Esteban Sanchez*

DEFENDANT

2015 MAR -9 AM 11: 24

FILED
CHRIS DANIEL
DISTRICT CLERK
HARRIS COUNTY, TEXAS

LL-016
Δ

"I, (INSERT NAME AND INMATE IDENTIFYING NUMBER FROM TEXAS DEPARTMENT OF CORRECTIONS OR COUNTY JAIL), being presently incarcerated in (INSERT TEXAS DEPARTMENT OF CORRECTIONS UNIT NAME OR COUNTY JAIL NAME) in _Harris_____ County, Texas, declare under penalty of perjury that the for going is true and correct.

EXECUTED ON (DATE) _3-4-15_ (SIGNATURE) _Eratan Danahy_____

## ORDER

On this the _____ day ot _____ , 20 ___ , came to be heard by me, the Defendant's NOTICE OF APPEAL and it appears to this court that this motion should be

GRANTED _____

DENIED _____ , and it is

so ordered

_____
JUDGE PRESIDING

 

Cause No. 1436325

THE STATE OF TEXAS

IN THE 209TH DISTRICT COURT

v.

COUNTY CRIMINAL COURT AT LAW NO. _____

Esteban Sanchez, Defendant

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☐ is not a plea-bargain case, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [or]

☑ is a plea-bargain case, and the defendant has NO right of appeal. [or]

☐ the defendant has waived the right of appeal

_____                    02-12-15
Judge                                       FEB 12 2015
                                            Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____                    _____
Defendant                                   Defendant's Counsel

Mailing Address: _____             State Bar of Texas ID number: 24048544

Telephone number: _____             Mailing Address: _____

Fax number (if any): _____             Telephone number: _____

                                            Fax number (if any): _____

FILED
Chris Daniel
FEB 12 2015
Time: _____
BY _____

* "A defendant in a criminal case has the right of appeal under these rules The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25 2(a)(2)

CLERK

RECORDER'S MEMORANDUM
This Instrument is of poor quality
at the time of imaging          9/1/2011

# APPEAL CARD

Court **201** Dw! 4-13-15    14th

Cause No. **1436325**

## The State of Texas

Esteban ~~Vs~~ Sanchez

2-12-15

**Date Notice Of Appeal:** MAR 0 9 2015

**Presentation:**    Vol._____ Pg._____

**Judgment:**    Vol._____ Pg._____

**Judge Presiding** Michael McSpadden
**Court Reporter** N/A
**Court Reporter**_____
**Court Reporter**_____

**Attorney on ~~Trail~~ Plea** Carvana Cloud

**Attorney on Appeal** N/A

**Appointed**_____ **Hired**_____

**Offense** Retaliation

**Jury Trail:**    Yes_____ No ✓

**Punishment Assessed** 2 years TDC

**Companion Cases (If Known)** N/A

**Amount of Appeal Bond** N/A

**Appellant Confined:**    Yes ✓ No_____

**Date Submitted To Appeal Section** MAR 0 9 2015   3-11-15

**Deputy Clerk** L. Stone   3-18-15